**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Guillermo Emilio Roviralta, | ) | |
| | ) | |
| | ) | Case No. 19-32384-KLP |
| | ) | |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT
TO THE GRANTING OF THE DEBTOR'S DISCHARGE
AND TO EXTEND TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE AND NOTICE THEREOF**

Peter J. Barrett, Chapter 7 Trustee in the above-captioned case of Guillermo Emilio Roviralta (the "Debtor"), hereby requests this Court to defer the granting of a discharge to the Debtor's and extend the time to file a complaint objecting to the discharge to and including January 31, 2020 pursuant to Rules 4003 and 4004 of the Federal Rules of Bankruptcy Procedure, and in support thereof, states as follows:

1. On or about May 3, 2019 (the "Petition Date"), the Debtor filed for relief pursuant to Chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code").

2. On July 29, 2019, Peter J. Barrett, Trustee (the "Trustee") was appointed interim trustee and serves as Trustee in this case.

3. The §341 meeting of creditors (the "341 Meeting") was held on June 11, 2019 and adjourned to July 9, 2019, August 27, 2019, September 10, 2019 and again to October 7, 2019 to allow the Trustee time to receive and review additional requested documents.

4. The current date by which parties must object to the granting of the Debtor's discharge and file a complaint objecting to the Debtor's discharge is November 30, 2019.

4830-6128-2720.1

5. The Trustee requests that the Debtor's discharge be deferred and the time to object to the Debtor's discharge be extended through and including January 31, 2020 to allow the Trustee to receive and review the requested documentation and to conduct any additional adjourned 341 Meetings with respect to the same.

6. Pursuant to Local Rule of Bankruptcy Procedure 9013-1(G), and because there are no novel issues of law presented, the Trustee requests that the requirement that all motions be accompanied by a written memorandum be waived.

WHEREFORE, the Trustee hereby requests this Court to enter an Order, deferring the Debtor's discharge and extending the time to object to the Debtor's discharge through and including January 31, 2020, and awarding any further relief the Court deems proper.

          PETER J. BARRETT, TRUSTEE

By: */s/ Peter J. Barrett*
      Trustee

Peter J. Barrett (Va. Bar No. 46179)
Kutak Rock LLP
901 East Byrd Street, Suite 1000
Richmond, Virginia  23219
Telephone: (804) 644-1700
Telecopy: (804) 783-6192
peter.barrett@kutakrock.com
*Chapter 7 Trustee*

4830-6128-2720.1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of November, 2019, a true and correct copy of the foregoing Trustee's Motion To Extend Time To Object To The Granting Of The Debtor's Discharge And To Extend Time To File A Complaint Objecting To Discharge was served via ECF/U.S. Mail to:

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
robert.b.van.arsdale@usdoj.gov

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218
*Counsel for the Debtor*

                                                  */s/ Peter J. Barrett*
                                                  Trustee

4830-6128-2720.1